**FILED**
United States Court of Appeals
Tenth Circuit

**January 27, 2016**

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

BLUE MOUNTAIN ENERGY; OLD REPUBLIC INSURANCE COMPANY, INCORPORATED,

    Petitioners,

v.

DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR; TERRY O. GUNDERSON,

    Respondents.

No. 14-9561
(Benefits No. 13-0412 BLA)
(Benefits Review Board)

_____

**ORDER**
_____

Before **BRISCOE**, **HOLMES**, and **MORITZ**, Circuit Judges.
_____

    This matter comes on for consideration of the "Petition for Attorneys' Fees and Reimbursement of Expenses" filed by Terry Gunderson and the objection and the reply filed thereto. Upon consideration thereof, the petition is granted in part. Mr. Gunderson is awarded $67,534.45 for attorney fees and expenses. This represents the amount Mr. Gunderson requested less the amount for brief shipping costs ($204.77) and for car rental ($218.14).

Accordingly, a supplement to the mandate shall issue to include the award of $67,534.45 for attorney fees and expenses to Mr. Gunderson.

        Entered for the Court
        ELISABETH A. SHUMAKER, Clerk

        *[signature]*

        by: Ellen Rich Reiter
            Jurisdictional Attorney